# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK GERRITSEN,<br><br>          Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, et al.,<br><br>          Defendants. | NO. CV 24-04097 RGK (KS)<br><br>ORDER ACCEPTING INTERIM FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Motion to Dismiss filed by Defendant Los Angeles County Metropolitan Transportation Authority ("MTA"), the briefing on the Motion to Dismiss, the December 16, 2024 interim Report and Recommendation of United States Magistrate Judge ("Report"), Plaintiffs' Objections thereto, and all records herein.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

      Accordingly, IT IS ORDERED that: (1) the Motion to Dismiss the Complaint is **GRANTED in part and DENIED in part**; (2) Causes of Action Two through Seven are **DISMISSED** without prejudice; (3) all claims as to Plaintiff Ramey are **DISMISSED** without prejudice; (4) MTA's motion to strike Plaintiffs' prayer for punitive damages and injunctive relief is **DENIED** without prejudice; and (5) if Plaintiffs still wish to pursue claims against

Defendants, Plaintiffs must file a First Amended Complaint that asserts only plausible claims for relief within 30 days of the date of this Order.

    IT IS SO ORDERED.

DATED:   2/7/2025

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE