UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:24-cv-04097-RGK-KS                                              Date: August 25, 2025

Title   _Jack Gerritsen et al. v. Los Angeles Cnty. Metro. Transp. Auth. et al._


Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Creditor:                    Attorneys Present for Debtor:


**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR THE FAILURE TO PROSECUTE**

On May 29, 2025, counsel for Defendant Los Angeles County Metropolitan Transportation Authority filed a Joint Status Report re Settlement ("Status Report") in which the parties represented that they reached an agreement to settle this case. (Dkt. No. 33.) However, the parties also represented that although they had a written, signed settlement agreement and release, it was still "subject to the approval processes of [Defendant] City of Los Angeles, and shall be contingent upon such approval." (_Id._ at 1-2.) Accordingly, the parties requested "to cease all work on this case pending the approval processes of the City of Los Angeles." (_Id._ at 2.)

On May 30, 2025, the Court granted the request made in the Status Report and vacated all dates and deadlines in this action. (Dkt. No. 34.) The Court advised the parties that it "anticipates that the parties will file their settlement documents and a Stipulation of Dismissal on or before **July 30, 2025**," and ordered the parties to file a joint status update requesting additional time if settlement was not finalized by that date. (_Id._ (emphasis in original).)

Nearly a month has passed since the deadline for the parties to file either a stipulation of dismissal or a request for more time to do so, and nothing has been filed with the Court.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** on or before **September 24, 2025**, why the Court should not issue an order recommending dismissal of this action for the failure to prosecute and comply with court orders. Plaintiffs may discharge this Order to Show Cause by: (1) filing a stipulation to dismiss this case signed by all parties to the action; or (2) filing a request for additional time to finalize settlement supported by a statement of good cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:24-cv-04097-RGK-KS                                              Date: August 25, 2025

Title     *Jack Gerritsen et al. v. Los Angeles Cnty. Metro. Transp. Auth. et al.*

The failure to timely comply with this Order to Show Cause will result in a recommendation of dismissal for the failure to prosecute and comply with court orders.

**IT IS SO ORDERED**.

                                                                                                               :
**Initials of Preparer**         gr